**Order entered May 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00629-CV

### IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

Before the Court is appellant's May 22, 2019 motion for extension of time to file his reply brief. We **GRANT** the motion and **ORDER** the reply brief received by the Court on May 13, 2019 **FILED** as of the date of this order.

/s/    KEN MOLBERG
         JUSTICE